UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:    18-05167
Terry D. McCasland                        )
                                          )
                                          )        Chapter:  13
                                          )        Honorable A. Benjamin Goldgar
                                          )
                                          )        Lake County
            Debtor(s)                     )

## ORDER AUTHORIZING SALE OF REAL ESTATE

This matter having been presented to the Court pursuant to the Debtor's motion (the "Motion") to sell real estate and shorten notice; and after considering the Motion and the relief requested therein, IT IS HEREBY ORDERED THAT

1. The Motion is granted.

2. The Debtor is authorized, pursuant to 11 U.S.C. §§ 1303, 363(b) and (f), to sell real estate commonly known as 522 Patriot Court in Gurnee, Illinois (the "Property") to Chinnu Jacob free and clear of all liens, claims, interests and encumbrances, and on the terms and conditions set forth in the Motion (the "Sale").

3. The lien of Wells Fargo Bank, N.A for the loan ending in 6498 will be paid in full at closing.

4. The Debtor is authorized to take all steps necessary to complete the Sale including but not limited to paying and fees and costs associated therewith.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **NOV 1 6 2018**

**Prepared by:**
William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233