UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **Terry D. McCasland,** | Bankruptcy No. 18-05167 |
| Debtor. | Honorable A. Benjamin Goldgar |

COVER SHEET FOR FIRST AND FINAL FEE APPLICATION
OF FACTORLAW FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | Ariane Holtschlag and the Law Offices of William J. Factor, Ltd. |
| Authorized to Provide Professional Services to: | Terry D. McCasland, Debtor |
| Period for Which Compensation is Sought: | February 26, 2018 – November 16, 2018 |
| Amount of Fees Sought: | $6,585.00 |
| Amount of Expense Reimbursement Sought: | $572.63 |
| This is an: | First Interim |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred is:  $ 4,000.00  .

Dated: November 30, 2018            **FactorLaw**

                                By: */s/ Ariane Holtschlag*

{00129010}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| **Terry D. McCasland,** | Bankruptcy No. 18-05167 |
| Debtor. | Honorable A. Benjamin Goldgar |

## NOTICE OF APPLICATION

**Please take notice** that on **Friday, December 21, 2018, at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable A. Benjamin Goldgar, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom B of the Park City Branch Court located at 301 S. Greenleaf Avenue in Park City, Illinois, and then and there shall present the attached **First Interim Fee Application of FactorLaw** a copy of which is attached hereto and herewith served upon you.

Dated: November 30, 2018                **FactorLaw**

                                        By: */s/ Ariane Holtschlag*
                                        One of its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

{00129010}                                2

## CERTIFICATE OF SERVICE

    I, Ariane Holtschlag, an attorney, hereby certify that on November 30, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Application* and the accompanying *First Interim Fee Application of FactorLaw* be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by US Mail on all persons identified on the attached service list.

                                                             */s/ Ariane Holtschlag*

**Registrants**
(Service via ECF)

| | |
|---|---|
| Joel P Fonferko | ND-One@il.cslegal.com |
| Ariane Holtschlag | aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;holtschlagar43923@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Jose G Moreno | nd-one@il.cslegal.com |
| Glenn B Stearns | stearns_g@lisle13.com |

**Non-Registrants**
(Service via US Mail)

*See attached service list*

```
Wells Fargo Home Mortgage          WELLS FARGO BANK, N.A.              Terry D. McCasland
PO Box 10394                       c/o Codilis & Associates, P.C.      3414 Florida Avenue
Des Moines, IA 50306-0394          15W030 North Frontage Road          Gurnee, IL 60031-5521
                                   Suite 100
                                   Burr Ridge, IL 60527-6921

Abbott Laboratories ECU            Alec                                American Express
401 N Riverside Dr, Suite 1A       401 N, Riverside Dr, Suite 1-A      Box 0001
Gurnee, IL 60031-5906              Gurnee IL 60031-5906                Los Angeles, CA 90096-8000


American Express National Bank     Amex                                Certified Services Inc
c/o Becket and Lee LLP             Correspondence                      Po Box 177
PO Box 3001                        Po Box 981540                       Waukegan, IL 60079-0177
Malvern  PA 19355-0701             El Paso, TX 79998-1540


Citibank/Shell Oil                 Credence Resource Management LLC    Credit Control, LLC
Citicorp Srvs/ Centralized  Bankruptcy   PO Box 1253                   PO Box 488
Po Box 790040                      Southgate, MI 48195-0253            Hazelwood, MO 63042-0488
St Louis, MO 63179-0040


 DIRECTV LLC                       Directv, LLC                        Discover
ATTN BANKRUPTCIES                  by American InfoSource LP as agent  PO Box 6103
PO BOX 6550                        4515 N Santa Fe Ave                 Carol Stream, IL 60197-6103
GREENWOOD VILLAGE CO 80155-6550    Oklahoma City, OK 73118-7901


Discover Bank                      Discover Financial                  Don Jacobs Motors, Inc.
Discover Products Inc              Po Box 3025                         5727 South 27th Street
PO Box 3025                        New Albany, OH 43054-3025           Milwaukee, WI 53221-4128
New Albany, OH  43054-3025


ILLINOIS DEPARTMENT OF REVENUE     Internal Revenue Service            Kohls/Capital One
BANKRUPTCY DEPARTMENT              Centralized Insolvency Operations   Kohls Credit
P O BOX 64338                      P.O. Box 7346                       Po Box 3043
CHICAGO IL 60664-0338              Philadelphia, PA 19101-7346         Milwaukee, WI 53201-3043


Lake County Collector              Margaret McCasland                  Pendrick Capital Partners, LLC
18 N. County Street                1010 Bridgeport Drive               c/o CT Corporation System, reg agnt
Waukegan, IL 60085-4364            Ballwin, MO 63011-2367              208 S. LaSalle St., Suite 814
                                                                       Chicago, IL 60604-1101


Professional Account Services, Inc.   State of Illinois - Dept of Revenue   TOYOTA MOTOR CREDIT CORPORATION
PO box 188                         PO Box 19026                        PO BOX 8026
Brentwood, TN 37024-0188           Springfield, IL 62794-9026          CEDAR RAPIDS IA 52408-8026


Toyota Motor Credit Corporation    Transwolrd Systems Inc.             US DEPT OF EDUCATION
PO Box 9013                        PO Box 15095                        CLAIMS FILING UNIT
Addison, Texas 75001-9013          Wilmington, DE 19850-5095           PO BOX 8973
                                                                       MADISON, WI 53708-8973
```

```
Us Dept Of Ed/Great Lakes Higher Educati      Vista Medical Center West            Wells Fargo Bank, N.A.
Attn: Bankruptcy                              2615 Washington Street               Default Document Processing
2401 International Lane                       Waukegan, IL 60085-4980               MAC#N9286-01Y
Madison, WI 53704-3121                                                              1000 Blue Gentian Road
                                                                                    Eagan MN 55121-7700


Wells Fargo Home Mor
Written Correspondence Resolutions
Mac#2302-04e
DesMoines, IA 50306
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Terry D. McCasland<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-05167<br><br>Chapter: 13<br><br>Honorable A. Benjamin Goldgar<br><br>Lake County |

### ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION
### NOT UNDER THE COURT-APPROVED RETENTION AGREEMENT OR
### UNDER SECTION F.4. OF THE COURT-APPROVED RETENTION AGREEMENT
### (Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

The attorney hereby certifies that all disclosures required by General Order 11-2 have been made.

**Compensation sought for services in this case:**

$ 6,585.00

**Reimbursement sought for expenses in this case:**

$  310.00  for filing fee paid by the attorney with the attorney's funds

$  262.63  for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$  572.63  Total reimbursement requested for expenses.

**Pursuant to Local Rule 5082-2, a completed Form Itemization of time must be attached.**

**Funds previously paid to the attorney by or on behalf of debtor(s) for services and expenses in this case to date, including any funds paid pursuant to the Court-Approved Retention Agreement:**

$ 3,975.00  for services*

$      0   for expenses

Date of Application: November 30, 2018    Attorney's signature: /s/ Ariane Holtschlag

*Prior to the Petition Date, FactorLaw received retainers totaling $4,000. Through the Petition Date, FactorLaw incurred fees totaling $3,975.00 and leaving a retainer balance of $25.00 that may be applied to the post-petition fees sought herein.