# Exhibit 1

{00014788}

## ITEMIZATION OF SERVICES RENDERED TO CHAPTER 13 DEBTOR(S)

Debtor(s): Terry D. McCasland   Case No. 18-05167
Date: 11/30/2018

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 2/27/2018 | DR | Telephone call with IRS to notify them of bankruptcy filing. | 0.2 | $20.00 |
| 2/27/2018 | AH | Correspond with T. McCasland regarding bankruptcy notice to IRS. | 0.1 | $35.00 |
| 3/5/2018 | AH | Correspond with T. McCasland regard sale of property. | 0.1 | $35.00 |
| 3/5/2018 | AH | Draft letter to T. McCasland regarding case filing and next steps. | 0.7 | $245.00 |
| | | | **Total Fee Earned** | $335.00 |

Continued on additional sheet(s) attached.

### Professionals Providing Services

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
| AH | Ariane Holtschlag | Partner | $350.00 |
| DR | Danielle Ranallo | Legal Assistant | $100.00 |
| EP | Elizabeth Peterson | Associate | $325.00 |

Date of application: November 30, 2018   */s/ Ariane Holtschlag*
Ariane Holtschlag
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-4830
Fax:   (847) 574-8233
Email: aholtschlag@wfactorlaw.com

# CONTINUATION SHEET - ITEMIZATION OF SERVICES TO CHAPTER 13 DEBTOR(S)

Name of Debtor(s): Terry D. McCasland  Case No. 18-05167  Appl. Date: 11/30/18
Hearing Date: 12/21/18

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 3/5/2018 | AH | Prepare and submit tax returns for 341 meeting. | 0.3 | $105.00 |
| 3/5/2018 | AH | Begin compiling proof of income for 341 meeting (.2); correspond with T. McCasland regarding missing items. | 0.3 | $105.00 |
| 3/6/2018 | AH | Revise and deliver payadvices to trustee for 341 meeting. | 0.2 | $70.00 |
| 4/2/2018 | AH | Prepare for 341 meeting. | 0.4 | $140.00 |
| 4/2/2018 | AH | Travel to and from Mundeline, IL for 341 meeting. | 2.5 | $437.50 |
| 4/2/2018 | AH | Attend 341 meeting of creditors with T. McCasland. | 1.3 | $455.00 |
|  |  |  | **Total Fee Earned** | $1,312.50 |

Continued on additional sheet(s) attached.

## Cont. Professionals Providing Services

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

{00128885}    Page **2** of **9**

# CONTINUATION SHEET - ITEMIZATION OF SERVICES TO CHAPTER 13 DEBTOR(S)

Name of Debtor(s): <u>Terry D. McCasland</u>  Case No. <u>18-05167</u>  Appl. Date: <u>11/30/18</u>

Hearing Date: <u>12/21/18</u>

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 4/30/2018 | AH | Correspond with G. Stearns regarding continuance of confirmation hearing. | 0.1 | $35.00 |
| 5/23/2018 | AH | Telephone call with T. McCasland regarding status of case, living situation with sons, and additional expenses relating to preparing home for sale. | 0.3 | $105.00 |
| 6/4/2018 | AH | Correspond with T. McCasland regarding listing agreement. | 0.1 | $35.00 |
| 6/5/2018 | AH | Receive and review listing agreement, forward to G. Stearns per his request. | 0.1 | $35.00 |
| | | | **Total Fee Earned** | $210.00 |

Continued on additional sheet(s) attached.

### Cont. Professionals Providing Services

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

# CONTINUATION SHEET - ITEMIZATION OF SERVICES TO CHAPTER 13 DEBTOR(S)

Name of Debtor(s): Terry D. McCasland  Case No. 18-05167  Appl. Date: 11/30/18
Hearing Date: 12/21/18

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 6/5/2018 | AH | Correspond with G. Stearns regarding listing agreement and agreed continuance of 6/15 confirmation hearing to 7/13. | 0.1 | $35.00 |
| 7/10/2018 | AH | Correspond with G. Stearns regarding potential agreed continuance of confirmation hearing pending sale of real estate. | 0.1 | $35.00 |
| 7/24/2018 | AH | Correspond with T. McCasland regarding status of real estate sale. | 0.1 | $35.00 |
| 7/30/2018 | AH | Correspond with G. Stearns and T. McCasland regarding confirmation continuance and sale of real estate. | 0.3 | $105.00 |
| | | | **Total Fee Earned** | $210.00 |

Continued on additional sheet(s) attached.

## Cont. Professionals Providing Services

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
| | | | |
| | | | |

{00128885}  Page **4** of **9**

# CONTINUATION SHEET - ITEMIZATION OF SERVICES TO CHAPTER 13 DEBTOR(S)

Name of Debtor(s): <u>Terry D. McCasland</u>  Case No. <u>18-05167</u>  Appl. Date: <u>11/30/18</u>

Hearing Date: <u>12/21/18</u>

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 7/30/2018 | AH | Initial review of motion for relief from stay. | 0.2 | $70.00 |
| 7/30/2018 | AH | Correspond with T. McCasland regarding status. | 0.2 | $70.00 |
| 8/20/2018 | AH | Correspond with G. Stearns and J. Fonferko regarding confirmation and MFR hearings on 8/24/18. | 0.3 | $105.00 |
| 8/20/2018 | AH | Correspond with T. McCasland regarding status. | 1.0 | $350.00 |
| 8/21/2018 | AH | Correspond with J. Fonferko and T. McCasland regarding continuance. | 0.1 | $35.00 |
| | | | **Total Fee Earned** | $630.00 |

Continued on additional sheet(s) attached.

## Cont. Professionals Providing Services

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
| | | | |
| | | | |

**CONTINUATION SHEET - ITEMIZATION OF SERVICES TO CHAPTER 13 DEBTOR(S)**

Name of Debtor(s): Terry D. McCasland  Case No. 18-05167  Appl. Date: 11/30/18
Hearing Date: 12/21/18

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 9/10/2018 | AH | Correspond with T. McCasland and G. Stearns regarding upcoming confirmation hearing and hearing on motion to dismiss and motion for relief from stay. | 0.3 | $105.00 |
| 9/18/2018 | AH | Correspond with T. McCasland regarding status. | 0.1 | $35.00 |
| 10/1/2018 | AH | Correspond with T. McCasland regarding sale of real estate. | 0.1 | $35.00 |
| 10/1/2018 | AH | Correspond with G. Stearns and J. Fonferko regarding agreed continuance. | 0.2 | $70.00 |
| 10/9/2018 | AH | Begin drafting motion to sell real estate. | 1.6 | $560.00 |
| | | | **Total Fee Earned** | $805.00 |

Continued on additional sheet(s) attached.

**Cont. Professionals Providing Services**

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
| | | | |
| | | | |

{00128885}                    Page **6** of **9**

# CONTINUATION SHEET - ITEMIZATION OF SERVICES TO CHAPTER 13 DEBTOR(S)

Name of Debtor(s): Terry D. McCasland  Case No. 18-05167  Appl. Date: 11/30/18
Hearing Date: 12/21/18

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 10/16/2018 | AH | Telephone call with T. McCasland regarding motion to approve sale and $60k due to ex-wife as DSO or property settlement; follow up email regarding the same. | 0.5 | $175.00 |
| 10/19/2018 | DR | Finalize motion to sell property free and clear. | 0.5 | $50.00 |
| 10/19/2018 | AH | Continue drafting motion to sell real estate. | 2.0 | $700.00 |
| 10/19/2018 | AH | Correspond with G. Stearns and J. Fonferko regarding motion to sell. | 0.1 | $35.00 |
| 10/25/2018 | AH | Prepare for hearing on motion to sell. | 0.3 | $105.00 |
| | | | **Total Fee Earned** | $1,065.00 |

Continued on additional sheet(s) attached.

## Cont. Professionals Providing Services

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
| | | | |
| | | | |

{00128885}    Page **7** of **9**

# CONTINUATION SHEET - ITEMIZATION OF SERVICES TO CHAPTER 13 DEBTOR(S)

Name of Debtor(s): <u>Terry D. McCasland</u>  Case No. <u>18-05167</u>  Appl. Date: <u>11/30/18</u>

Hearing Date: <u>12/21/18</u>

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 10/26/2018 | AH | Travel to and from RLB for hearing on motion to sell. | 2.9 | $507.50 |
| 10/26/2018 | AH | Attend hearing on motion to sell. | 0.2 | $70.00 |
| 11/12/2018 | AH | Correspond with J. Fonferko and G. Sterns regarding motion to sell and confirmation. | 0.0 | $0.00 |
| 11/15/2018 | AH | Correspond with G. Stearns regarding motion to sell and confirmation. | 0.3 | $105.00 |
| 11/15/2018 | AH | Correspond with R. McNeill regarding availability of draft closing statement for G. Stearns. | 0.1 | $35.00 |
| | | | **Total Fee Earned** | $717.50 |

Continued on additional sheet(s) attached.

## Cont. Professionals Providing Services

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
| | | | |
| | | | |

{00128885}   Page **8** of **9**

# CONTINUATION SHEET - ITEMIZATION OF SERVICES TO CHAPTER 13 DEBTOR(S)

Name of Debtor(s): Terry D. McCasland  Case No. 18-05167  Appl. Date: 11/30/18
Hearing Date: 12/21/18

| Date of Service | Initials of Professional Providing Service | Service Provided | Hours Expended (in tenths of an hour) | Fee Earned |
|---|---|---|---|---|
| 11/15/2018 | AH | Prepare E. Peterson for hearings; and correspond regarding preliminary closing statement. | 1.0 | $0.00 |
| 11/15/2018 | EP | Prepare for hearings on Motion to Approve Sale, Trustee's Motion to Dismiss, and Wells Fargo's Motion for Relief from Stay. | 1.5 | $487.50 |
| 11/16/2018 | EP | Travel to and from RLB for hearings on Motion to Approve Sale, Trustee's Motion to Dismiss, and Wells Fargo's Motion for Relief from Stay. | 2.2 | $357.50 |
| 11/16/2018 | EP | Attend hearing for Motion to Approve Sale, Trustee's Motion to Dismiss, and Wells Fargo's Motion for Relief from Stay. | 1.4 | $455.00 |
| | | | **Total Fee Earned** | $1,300.00 |

**Cont. Professionals Providing Services**

| Initials | Full Name | Title | Hourly Billing Rate |
|---|---|---|---|
| | | | |
| | | | |

{00128885}                    Page **9** of **9**

# Exhibit 2

{00014788}

| Date | Explanation | Disbs |
|---|---|---|
| 2/26/2018 | Filing fee for chapter 13 filing | $310.00 |
| 3/10/2018 | Credit Report | $33.00 |
| 3/10/2018 | Credit Counseling | $20.00 |
| 4/10/2018 | Debtor Education | $15.00 |
| 10/19/2018 | Postage expense for service of motion to sell property free and clear | $13.63 |
| 10/19/2018 | Filing fee for motion to sell property free and clear | $181.00 |
| | | $572.63 |