# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re: )    BK No.: 18-05167
Terry McCasland )
)    Chapter: 13
)    Honorable A. Benjamin Goldgar
)
)    Lake County
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY PLAN

This matter coming to be heard on the Debtor's motion to modify the plan, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted,
2. The Debtor's arrearage to the standing trustee is deferred to the end of the plan term.
3. The Debtor's plan payment is reduced to $1,367 per month for the remaining duration of his case.
4. The Debtor's case is permitted to extend longer than 60 months.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: April 23, 2021

**Prepared by:**

Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602